**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

DEBORAH WILSON,

    Plaintiff,

v.                                                  Case No. 6:13-cv-1840-Orl-37GJK

WALGREEN INCOME PROTECTION
PLAN FOR PHARMACISTS AND
REGISTERED NURSES; WALGREEN
CO.; and SEDGWICK CLAIMS
MANAGEMENT SERVICE, INC.,

    Defendants.

## ORDER

This cause is before the Court on the following:

1. Defendants' Dispositive Motion for Summary Judgment and Incorporated Memorandum of Law (Doc. 27), filed October 24, 2014;

2. Plaintiff's Dispositive Motion for Summary Judgment and Incorporated Memorandum of Law in Support (Doc. 32), filed October 29, 2014; and

3. U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 36), filed June 3, 2015.

Plaintiff brought this action seeking long-term disability benefits pursuant to the Employee Retirement Income Security Act of 1974. (Doc. 1.) The parties filed cross-motions for summary judgment. (Docs. 27, 32.) U.S. Magistrate Judge Gregory J. Kelly entered a Report and Recommendation ("R&R") recommending that the Court deny Defendants' Motion and grant Plaintiff's Motion in part and deny it in part. (Doc. 36.)

The deadline for objecting to the R&R was June 22, 2015.

*See* 28 U.S.C. § 636(b)(1); Local Rule 6.02. That deadline has passed, and no objections have been filed. Absent objections, and upon consideration, the Court finds that Magistrate Judge Kelly's thorough, comprehensive, and well-reasoned R&R is due to be adopted and confirmed.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 36) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants' Dispositive Motion for Summary Judgment and Incorporated Memorandum of Law (Doc. 27) is **DENIED**.

3. Plaintiff's Dispositive Motion for Summary Judgment and Incorporated Memorandum of Law in Support (Doc. 32) is **GRANTED IN PART** and **DENIED IN PART** as recommended in the Report and Recommendation (Doc. 36, pp. 25–26.)

4. Plaintiff's long-term disability benefits from April 9, 2011, through November 25, 2013, are **REINSTATED,** with prejudgment interest on each monthly payment from the date due until the date paid.

5. The parties are **ORDERED** to meet and confer in a good faith attempt to resolve the Plaintiff's claims for attorneys' fees and costs. In the event that their negotiations are unsuccessful, Plaintiff is **DIRECTED** to submit a motion addressing her claims for attorneys' fees and costs on or before Monday, **August 17, 2015**.

6. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and against Defendants, to terminate any pending motions and deadlines, and to close

the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 27, 2015.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record